

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-17-00269-CV

**Myong Ladner**

**v.**

**Pareshbhai Vanmalibhai Patel, and Minaxi Pareshbhal Patel**

NO. 278,589-B IN THE 146TH DISTRICT COURT OF BELL COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 11/21/2017 | E-PAID | APE |
| FILING | $100.00 | 03/10/2017 | TRANSFER | ANT |
| CHAPTER 51 | $50.00 | 03/10/2017 | TRANSFER | ANT |
| INDIGENT | $25.00 | 03/10/2017 | TRANSFER | ANT |
| STATEWIDE EFILING | $30.00 | 03/10/2017 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $215.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

CHRISTOPHER A. PRINE
CLERK OF THE COURT